# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 120 Broadway<br>13th Floor<br>New York, New York 10271<br>Tel: (212) 238-4800<br><br>300 Delaware Avenue<br>Suite 210<br>Wilmington, DE 19801<br>Tel: (302) 514-6901 | ONE GATEWAY CENTER<br>22ND FLOOR<br>NEWARK, NJ 07102<br>TELEPHONE (973) 623-2700<br>FACSIMILE (973) 623-4496<br>www.lcbf.com | One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

October 24, 2024

*Via ECF*

Honorable Jamel K. Semper, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

          **Re: Nicole Little, et al. v. West Orange School District, et al.**
          **Case No. 2:23-cv-00402-JKS-CLW**

Dear Judge Semper:

      This office represents Defendants West Orange School District and Ana Marti ("Defendants") in the above-referenced matter, which Your Honor dismissed without prejudice on August 19, 2024. Your Honor provided Plaintiffs with thirty days from that date—or until September 18, 2024—to file an amended complaint. They have not done so.

      In light of Plaintiffs decision not to file an amended complaint, Defendants intend to seek a final order dismissing this matter with prejudice, to ensure there is finality to this action. See, e.g., Weber v. McGrogan, 939 F.3d 232 (3d Cir. 2019) (explaining that a dismissal without prejudice, even with a deadline by which a plaintiff must file an amended complaint, remains pending in a District Court until a final order). Pursuant to your judicial preferences, we write to inquire as to Your Honor's preference for the method by which Defendants seek a final order—via this letter, a formal motion, or a letter motion.

      Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          *s/Rachel S. Rubenstein*

                                          Rachel S. Rubenstein

cc: Nicole Little (via regular mail)
Elliston Little (via regular mail)
Shannon Theodore, Esq. (via ECF)