# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NICOLE LITTLE, ELLISTON LITTLE, and THEIR MINOR CHILD, M.L., | : | Civil Action No. 2:23-cv-00402 |
| Plaintiffs, | : | |
| vs. | : | |
| WEST ORANGE SCHOOL DISTRICT AND ANA MARTI, PRINCIPAL (RETIRED) OF HAZEL AVENUE ELEMENTARY SCHOOL | : | |
| Defendants. | : | |

Dear Judge Semper,

      I write on behalf of Plaintiffs in this matter. We would like to inform the court of our intention to move forward with this case. Although the time to file an amended pleading as directed by the court's August 19, 2024 decision has elapsed, we request a brief extension. On August 23, 2024, my husband and son were involved in a car accident that resulted in the total loss of the family vehicle, which caused a significant financial strain. At this time, we are in a better economic position to continue prosecuting this case. As the Plaintiffs' claims are meritorious and there is a reasonable excuse for failing to timely file a second amended complaint, we ask that the court uses its discretion to grant our request.

Respectfully submitted,

*[signature]*

Nicole Little

Dated: 10/30/2024